JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DAVIS, <br>     Plaintiff, <br><br>     vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br>     Defendant. | CASE NO. 2:20-cv-08857-MAR <br><br> **JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand for Payment Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 24, 2021

HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE