**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DENISE MARIE DAVIS,

Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendant

Case No.: 2:20-cv-08857-MAR

~~{PROPOSED}~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,700.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $17.05 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 11/18/21

THE HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

______________________________

Steven G. Rosales
Attorney for plaintiff Denise Marie Davis